THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: EUGENE WHITLOCK, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4989
Fax:  (650) 363-4034
Email:  ewhitlock@co.sanmateo.ca.us

Attorneys for Defendant
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY GANLEY,

                    Plaintiff,

        vs.

COUNTY OF SAN MATEO,

                    Defendant.

Case No. C06-3923 TEH

**STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING**

        **IT IS HERBY STIPULATED** by and between the parties hereto, through their respective

undersigned attorneys, that the Defendant County of San Mateo shall have up to and including August

18, 2006 to file a responsive pleading in the above entitled action.

Dated: 7-16-06

                    CLISHAM & SORTOR

                    By: _____
                        David P. Clisham,
                        Attorney for Plaintiff

Dated: 7/12/06

                    THOMAS F. CASEY III, COUNTY COUNSEL

                    By: _____
                        Eugene Whitlock, Deputy County Counsel
                        Attorney for Defendant County of San Mateo

L:\LITIG\...\on Extending time.doc

IT IS SO ORDERED
Judge Thelton E. Henderson
08/17/06
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                    ...ING TIME TO FILE A RESPONSIVE PLEADING