1   DAVID P. CLISHAM (SB# 101622)
    WILLIAM H. SORTOR (SB# 069424)
2   **CLISHAM & SORTOR**
    Ghirardelli Square, Suite 300
3   900 North Point Street
    San Francisco, California  94109
4   Telephone:     (415) 775-1395
    Facsimile:     (415) 775-4298
5   Email:         davidc1787@aol.com

6   Attorneys for Plaintiff

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  MARY GANLEY,                          Case No. C-06-3923 TEH

12          Plaintiff,

13  v.                                    **STIPULATION AND ORDER RE STAY
                                          OF DISCOVERY AND OF MOTION TO
                                          STRIKE**
14  COUNTY OF SAN MATEO,

15          Defendant.                    Initial Case Management Conference
                                          Date:      September 25, 2006
16                                        Time:      1:30 p.m.
                                          Place:     Courtroom 12, 19th Floor
17                                                   450 Golden Gate Avenue
                                                     San Francisco, CA
18
            Whereas counsel for Plaintiff Mary Ganley and Defendant County of San Mateo, at the
19
    Initial Case Management Conference conducted by the Honorable Senior District Judge Thelton
20
    E. Henderson on September 25, 2006, agreed to request a Settlement Conference before
21
    Magistrate Judge Chen in the above-captioned matter;
22
            Whereas plaintiff and defendants also agree that the outcome of the Settlement
23
    Conference may have an effect on the further administration of this case;
24
            Whereas plaintiff and defendants also agreed that a stay on discovery and a stay of
25
    plaintiff's pending motion to strike defendant's nineteen affirmative defenses will conserve
26
    resources and promote the efficient determination of the issues involved at the present time;
27
                                          1
28

1    Whereas plaintiff and defendants agreed that a further case management conference

2  should be scheduled for Monday, November 13, 2006 at 1:30 P.M.

3    Therefore, it is hereby stipulated and agreed by plaintiff and defendants

4    -to request Magistrate Judge Edward Chen to conduct a Settlement Conference in

5  this case at the earliest possible time;

6    -to stay discovery in this case until further order of the Court;

7    -to stay further proceedings on plaintiff's motion to strike defendant's nineteen

8  affirmative defenses until further order of the Court;

9    -to schedule a further case management conference on this case in this court on

10  Monday, November 13, 2006 at 1:30 P.M.

11    It is so agreed.

12  CLISHAM & SORTOR                        THOMAS F. CASEY III

13                                          County counsel
                                            CAROL WOODWARD

14                                          Deputy County Counsel
                                            EUGENE WHITLOCK

15                                          Deputy County Counsel

16  By: _____/s/_____          By: _____/s/_____

17  DAVID P. CLISHAM                        CAROL WOODWARD
    WILLIAM H. SORTOR                       Deputy City Attorney

18
    Attorneys for Plaintiff                 Attorneys for Defendant

19  MARY GANLEY              ,             COUNTY OF SAN MATEO

20

21  Date:   October 5, 2006                 Date:   October 3, 2006

22

23  IT IS SO ORDERED.

24  DATED:_____10/05/06_____

25                                          _____ N E. HENDERSON
                                            ___tes Senior District Judge

26

27  L:\LITIGATE\G_CASES\Ganley\Pleadings\stipulation order staying disc. & mot. to strike.doc

                                            2
28  _____
                                            Case No.C-06-03923 THE
                                            Stipulation And Order Re Stay Of Discovery And Of Motion To Strike