1

2

DAVID P. CLISHAM (SB# 101622)
WILLIAM H. SORTOR (SB# 069424)
**CLISHAM & SORTOR**
Ghirardelli Square, Suite 300
900 North Point Street
San Francisco, California  94109
Telephone:     (415) 775-1395
Facsimile:       (415) 775-4298
Email:            davidc1787@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GANLEY,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO,<br><br>        Defendant. | Case No. C-06-3923 TEH (EMC)<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Case Management Conference<br><br>Date:        November 13, 2006<br>Time:        1:30 p.m.<br>Place:        Courtroom 12, 19th Floor<br>                 450 Golden Gate Avenue<br>                 San Francisco, CA |

    Whereas counsel for Plaintiff Mary Ganley and Defendant County of San Mateo, at the

Initial Case Management Conference conducted by the Honorable Senior District Judge Thelton

E. Henderson on September 25, 2006, agreed to request a Settlement Conference before

Magistrate Judge Edward M. Chen in the above-captioned matter;

    Whereas Magistrate Judge Chen scheduled the Settlement Conference for January 5, 2007;

    Whereas Judge Henderson instructed counsel to notify the Court if the Settlement

Conference was not completed prior to the Case Management Conference currently scheduled

for November 13, 2006;

1

Whereas counsel for the parties agree to request a continuance of the Case Management Conference until after the completion of the January 5, 2007 Settlement Conference;

NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:

It is hereby stipulated and agreed by Counsel for the parties to jointly request the Court to continue the Case Management Conference until after completion of the January 5, 2007 Settlement Conference.

It is so agreed.

| | |
|---|---|
| CLISHAM & SORTOR | THOMAS F. CASEY III<br>County Counsel<br>CAROL WOODWARD<br>Deputy County Counsel<br>EUGENE WHITLOCK<br>Deputy County Counsel |
| By: /s/ David P. Clisham<br>DAVID P. CLISHAM<br>WILLIAM H. SORTOR | By: /s/ Carol L. Woodward<br>CAROL L. WOODWARD<br>Deputy County Counsel |
| Attorneys for Plaintiff<br>MARY GANLEY, | Attorneys for Defendant<br>COUNTY OF SAN MATEO |
| Date: November 7, 2006 | Date: November 7, 2006 |

IT IS SO ORDERED.  The case management conference shall be continued to **January 22, 2007,** at **1:30 PM**, and the parties shall file a joint case management conference statement on or before **January 16, 2007**.

DATED: 11/07/06  _____
THELTON E. HENDERSON
United States Senior District Judge

2

Case No.C-06-03923 TEH (EMC)
Stipulation And Order Re Continuance of Case Management Conference