UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**: March 12, 2007

**Case No:** C 06-03923 TEH

**Case Title**:  MARY GANLEY v. COUNTY OF SAN MATEO

**Appearances:**

    For Plaintiff(s): David Clisham

    For Defendant(s): Eugene Whitlock

**Deputy Clerk**:  Rowena B. Espinosa      **Court Reporter**: Joan Columbini

## *PROCEEDINGS*

1.  Hearing on Plaintiff's Motion to Strike Affirmative Defenses - held

MOTION/MATTER: ( ) Granted
                 ( ) Denied
                 ( ) Granted in part/Denied in part
                 (**X**) Taken under submission
                 ( ) Withdrawn/Off Calendar
                 ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    (**X**) Court